

# SEALED

Office of the United States Attorney
District of Nevada
501 Las Vegas Boulevard South,
Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336

NICHOLAS A. TRUTANICH
United States Attorney
District of Nevada
Nevada Bar Number 13644
ALLISON REESE
Assistant United States Attorney
Nevada State Bar #13977
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336 / Fax: (702) 388-5087
Allison.Reese@usdoj.gov
*Representing the United States of America*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF: | Case No. 2:20-mj-00867-VCF |
| THE PREMISES LOCATED AT 505 DUCHESS AVENUE CITY OF NORTH LAS VEGAS, NV 89030 COUNTY OF CLARK, STATE OF NEVADA | **GOVERNMENT'S MOTION TO UNSEAL CASE** |
| IN THE MATTER OF THE SEARCH OF: | Case No. 2:20-mj-00868-VCF |
| A 2014 GRAY HYUNDAI SONATA WITH NEVADA LICENSE PLATE LVM53S AND VIN 5NPEB4AC6EH896461 | **GOVERNMENT'S MOTION TO UNSEAL CASE** |

**CERTIFICATION: This Motion is timely filed.**

COMES NOW the United States of America, by and through its attorneys, NICHOLAS A. TRUTANICH, United States Attorney, and Allison Reese, Assistant United States Attorney, and respectfully moves this Court for an Order to UNSEAL the instant cases.

///

///

///

///

1

1  Specifically, the undersigned requests to unseal the Search Warrants filed under the instant cases
2  and all related documents in anticipation of producing the same as discovery in Case No. 2:20-mj-
3  00885-VCF.

4      DATED this 28th day of October, 2020.

                                Respectfully submitted,
                                NICHOLAS A. TRUTANICH
                                United States Attorney

                                */s/ Allison Reese*

                                ALLISON REESE
                                Assistant United States Attorney

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF:<br><br>THE PREMISES LOCATED AT 505 DUCHESS AVENUE CITY OF NORTH LAS VEGAS, NV 89030 COUNTY OF CLARK, STATE OF NEVADA | Case No. 2:20-mj-00867-VCF<br><br>**ORDER TO UNSEAL** |
| IN THE MATTER OF THE SEARCH OF:<br><br>A 2014 GRAY HYUNDAI SONATA WITH NEVADA LICENSE PLATE LVM53S AND VIN 5NPEB4AC6EH896461 | Case No. 2:20-mj-00868-VCF<br><br>**ORDER TO UNSEAL** |

Based on the Motion of the Government, and good cause appearing therefore, IT IS HEREBY ORDERED that the instant cases shall be unsealed.

DATED this 28th day of October, 2020.

_____
HONORABLE CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE

3